AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Residence located at 1302 Hejazy Drive,<br>Walhalla, South Carolina, | ) ) ) Case No. 8:19-173-KFM<br>) )<br>) ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ South Carolina _____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _February 5, 2019_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Kevin F. McDonald, US Magistrate _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 01/22/2019 2:00 p.m.

_____
*Judge's signature*

City and state: Greenville, SC

Kevin F. McDonald, U.S. Magistrate
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 01/28/2019 6:05 am | Copy of warrant and inventory left with: Maria Gonzalez |

Inventory made in the presence of :
Maria Gonzalez

Inventory of the property taken and name of any person(s) seized:

1. iPhone with turquoise case, Model A 1532;IMEI: 013982001211675;
2. iPhone with white case, Model A1456; IMEI: 3585420510810115;
3. White LG cell phone S/N: 605CY5F065414; Model LGM S330;
4. iPhone Gold in color; Model A1524; IMEI: 354381060041726;
5. HP All in one computer; Model 300-1120; S/N: 3CR0190K6J;
6. IPhone, black in color; Model A1387; IC: 579C-E2430A;
7. Dell laptop computer; Model P20T; ID #: 28267898438;
8. Acer laptop computer; Model – E1-521-0851; S/N _XM3GAA0033030493B1601;
9. ZTE cell phone, model Z982; S/N: 321077208311;
10. LG cell phone, model LGM S330; S/N: 605VTPA406208;
11. Apple laptop computer – Macbook; FCCID #: QDS-BRNCN1047;
12. Thumb drive – Taika 8 GB; Black in color;
13. Alcatel cell phone model 5044C; S/N: IMEI e: 050750001900922;
14. Alcatel cell phone model 544C; IMEI #: 015075002134992; and
15. Alcatel cell phone model: 5049Z; IMEI #: 014940000305202

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/11/19

Returned 2/11/19

*Executing officer's signature*

Robert G. Hamod SA/FBI
*Printed name and title*